IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| REGINA WILLIAMS, Individually and as Personal Representative of the Estate of George Rouse, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. CIV-2013-759-M |
| BOARD OF COUNTY COMMISSIONERS OF GRADY COUNTY, *ET AL.*, | ) ) ) ) | |
| Defendants. | ) | |

### PLAINTIFF'S FINAL WITNESS & EXHIBIT LIST

Plaintiff hereby submits the following as their Final Witness and Exhibit List in compliance with the Court's Order Amending the Scheduling Order [Doc. 88] filed herein on January 18, 2018 and hereby states as follows:

| No. | Name | Subjects of Information |
|---|---|---|
| 1 | Regina Williams<br>c/o ALLEN & GARRETT, ATTORNEYS<br>427 S. Boston Avenue, Suite 320<br>Tulsa, Oklahoma 74103<br>Telephone: (918) 895-7216 | May testify to any facts and circumstances relevant to the allegations contained in the Complaint. |
| 2 | Defendant Art Kell<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070 | May testify to any facts and circumstances relevant to the allegations contained in the Complaint and Policies and Procedures. |
| 3 | Undersherriff Angela Sharrapa<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070 | May testify to any facts and circumstances relevant to the allegations contained in the Complaint, Policies and Procedures, and Training. |
| 4 | Ricky Rushing<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor | May testify to any facts and circumstances relevant to the allegations contained in the Complaint. |

|    |                                                                                                                                                 |                                                                                                                                                      |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------|
|    | Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070                                                                                       |                                                                                                                                                      |
| 5  | Jim Gerlach<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070            | May testify to any facts and circumstances relevant to the allegations contained in the Complaint, Policies and Procedures, and Operations of Jail. |
| 6  | Guy Higgins<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070            | May testify to any facts and circumstances relevant to the allegations contained in the Complaint, Policies and Procedures, and Operations of Jail. |
| 7  | Shane Wyatt<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070            | May testify to any facts and circumstances relevant to the allegations contained in the Complaint, Policies and Procedures, and Operations of Jail. |
| 8  | Kody Krawtzow<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070          | May testify to any facts and circumstances relevant to the allegations contained in the Complaint, Policies and Procedures, and Operations of Jail. |
| 9  | Darren Perske<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070          | May testify to any facts and circumstances relevant to the allegations contained in the Complaint, Policies and Procedures, and Operations of Jail. |
| 10 | Anita Nelson<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070           | May testify to any facts and circumstances relevant to the allegations contained in the Complaint, Policies and Procedures, and Operations of Jail. |
| 11 | Corwyn King<br>c/o Stephen L. Geries<br>428 N.E. 50th Street, 2nd Floor<br>Oklahoma City, OK 73105-1815<br>Telephone: (405) 524-2070            | May testify to any facts and circumstances relevant to the allegations contained in the Complaint, Policies and Procedures, and Operations of Jail. |
| 12 | Francia Thompson<br>c/o Oklahoma Attorney General's Office<br>Litigation Section<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>Telephone: (405)_521-3921 | May testify to any facts and circumstances relevant to the allegations contained in the Complaint.                                                  |
| 13 | Marvin Akers                                                                                                                                    |                                                                                                                                                      |


|    |    |    |
|----|----|----|
|    | c/o Oklahoma Attorney General's Office<br>Litigation Section<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>Telephone: (405)_521-3921 |    |
| 14 | Ryan Lake<br>To Be Supplemented | May testify to any facts and circumstances relevant to the allegations contained in the Complaint. |
| 15 | Any necessary custodian of records |    |
| 16 | Any and all witnesses necessary for rebuttal or impeachment purposes |    |
| 17 | Any and all witnesses endorsed by Plaintiff and not objected to by Defendants |    |
| 18 | Any and all witnesses identified through ongoing discovery not objected to by Defendants |    |

# **FINAL EXHIBIT LIST**

| NO. | DOCUMENTS, DATA COMPILATIONS, AND TANGIBLE THINGS |
|---|---|
| 1 | Funeral and Burial Expenses |
| 2 | Death Certificate of George Rouse |
| 3 | Medical Examiner's Report of George Rouse |
| 4 | OSBI Investigative Report |
| 5 | Grady County Law Enforcement Booking Documents |
| 6 | Grady County Sherriff's Department Incident Reports |
| 7 | Documents provided to all Defendants and their employees prior to Plaintiff's arrest and booking |
| 8 | Documents provided to all Defendants and their employees at Plaintiff's booking and during arrest |
| 9 | All training materials used by Defendants and their employees at the time of the incident |
| 10 | All policies and procedures concerning booking, arresting, and processing of suspects, inmates. |
| 11 | All policies and procedures concerning suicidal suspects either under arrest or custody |
| 12 | Videos of Incident(s) |
| 13 | Anatomical drawings, figures, or models |
| 14 | Demonstrative Exhibits |
| 15 | Enlargement of Exhibits |
| 16 | Records requested but not yet produced |
| 17 | Exhibit which may become known during future discovery |
| 18 | All documents listed by Defendants, not otherwise objected to by Plaintiff |
| 19 | Any documents produced by Defendant not objected to by Plaintiff |
| 20 | Any exhibit needed for rebuttal or impeachment |

/s/ D. Mitchell Garrett, Jr.
D. Mitchell Garrett, Jr., OBA No. 20704
Caroline Marie Shaffer, OBA No. 33049
Allen, Garrett, Peckio, Masters PLLC
427 S. Boston Ave., Suite 320
Tulsa, Oklahoma 74103
Phone: 844.255.0000
Fax: 888-397-3643
E-mail: mitchell@allengarrett.com

Bret Burns, OBA No. 15675
519 W. Chickasha Ave.
Chickasha, OK 73018

Dustin L. Compton, OBA No. 22854
Bass Law Firm
P.O. Box 157
El Reno, OK 73036
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of March 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stephen L. Geries, Esq.
Collins, Zorn & Wagner, P.C.
429 NE 50th St., 2nd Floor
Oklahoma City, OK 73105
Phone: (405) 524-2070
Fax: (405) 524-2078
E-mail: slg@czwlaw.com
*Attorney for Defendants Board of County Commissioners of Grady County, Grady County Criminal Justice Authority, Grady County Industrial Authority and Art Kell*

/s/ D. Mitchell Garrett, Jr.
D. Mitchell Garrett, Jr.

5